| | |
|---|---|
| 1 | ROBERT TAFOYA, Esq., SBN 194444 |
| | DAVID GARCIA, Esq., SBN 218356 |
| 2 | TAFOYA & GARCIA LLP |
| | 316 W. 2nd St., Suite 1000 |
| 3 | Los Angeles, CA 90012 |
| | Tel: 213.617.0600 |
| 4 | Fax: 213.617.2226 |
| | robert@tafoyagarcia.com |
| 5 | david@tafoyagarcia.com |
| 6 | Attorneys for Plaintiffs |
| | CRELENCIO CHAVEZ and JOSE ZALDIVAR |
| 7 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | ERIC MECKLEY, SBN 168181 |
| | JENNIFER SVANFELDT, SBN 233248 |
| 9 | KATHERINE DICK, SBN 273688 |
| | One Market, Spear Street Tower |
| 10 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 11 | Fax: 415.442.1001 |
| | emeckley@morganlewis.com |
| 12 | jsvanfeldt@morganlewis.com |
| 13 | Attorneys for Defendant |
| | LUMBER LIQUIDATORS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ and JOSE ZALDIVAR, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC. a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C-09-04812 SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MEDIATION COMPLETION DEADLINES AND STATUS CONFERENCE** |
| CARLOS ALVA, ET AL.<br><br>Plaintiff(s),<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>Defendant(s). | No. C-12-4383 SC |

1

Case No. C-09-04812 SC

JOINT STIPULATION TO CONTINUE MEDIATION AND STATUS CONFERENCE

1     Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Jose Zaldivar and the Class Members ("Plaintiffs") and Defendant Lumber Liquidators, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to continue the following deadlines:

    <u>May 9, 2013</u>: Deadline to complete private mediation of plaintiff/non-class member claims;

    <u>May 9, 2013</u>: Deadline to complete court-sponsored mediation of class member claims; and

    <u>June 7, 2013</u>: Court Status Conference.

    The Parties represent and agree as follows:

    WHEREAS, in an Order dated February 8, 2013 (Docket No. 111), the Court referred the claims of the individual plaintiffs (Crelencio Chavez, Jose Zaldivar; Carlos Alva, Andrew Owens, Joel Villasenor, Rene Rodriguez and Jason Mcmillan) to private mediation and the claims of Plaintiff Zaldivar and the class members to court-sponsored mediation.

    WHEREAS, pursuant to ADR Local Rule 3-6, unless otherwise ordered, the private mediation and court-sponsored mediation must be held by May 9, 2013 (within 90 days after the entry of an order referring the case to a specific ADR process).

    WHEREAS, the Court has scheduled a status conference on June 7, 2013.

    WHEREAS, the Parties have been working cooperatively and diligently to schedule the court-sponsored mediation of class member claims on a date mutually available to all Parties and the Court-appointed Mediator, Richard S. Whitmore and to select a mutually agreeable private mediator for the mediation of the individual plaintiff/non-class member claims.

    WHEREAS, Defendant's General Counsel who will attend both mediations on behalf of Defendant is traveling from the East Coast and no dates prior to May 9, 2013 are mutually available for the Plaintiffs' counsel, the mediator and Defendant's General Counsel.

    WHEREAS, the Parties have agreed to court-sponsored mediation of the class claims on Tuesday, May 21, 2013, which has been confirmed by the Court's ADR office pending approval by the Court.

WHEREAS, the Parties anticipate completing private mediation of the non-class member claims by June 28, 2013.

WHEREAS, continuing the mediation deadline and the Status Conference will not affect the schedule for the case because, other than the June 7, 2013 Status Conference, there are no other events or deadlines on calendar for either of the related cases.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the Court continue the existing mediation deadlines and Status Conference and order the following:

<u>May 21, 2013</u>: Deadline to complete court-sponsored mediation of class member claims

<u>June 28, 2013</u>: Deadline to complete private mediation of individual plaintiff/non-class member claims

<u>July 26, 2013</u>: Court Status Conference

1   IT IS SO STIPULATED

2

3  Dated: April 16, 2013                           TAFOYA & GARCIA LLP

4

5                                                  By _____
                                                       David A. Garcia
6
                                                   Attorneys for Plaintiffs Class Members,
7                                                  Crelencio Chavez, Jose Zaldivar
                                                   Carlos Alva, Andrew Owens, Joel Villasenor,
8                                                  Rene Rodriguez and Jason Mcmillan

9  Dated: April 15, 2013                           MORGAN, LEWIS & BOCKIUS LLP

10

11                                                 By _Jennifer Svanfeldt_____
                                                       Eric Meckley
12                                                     Jennifer Svanfeldt

13
                                                   Attorneys for Defendant
14                                                 Lumber Liquidators, Inc.

15         PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: ____04/17/2013_____        _____
                                                       The Honorable Samuel Conti
17                                                     United States District Court Judge

18

19  DB1/ 73883583.2

20

21

22

23

24

25

26

27

28

                                              3                         Case No. C-09-04812 SC
     JOINT STIPULATION TO CONTINUE MEDIATION AND STATUS CONFERENCE