ROBERT TAFOYA, State Bar No. 194444
DAVID GARCIA Sate Bar No. 218356
TAFOYA & GARCIA LLP
316 W. 2nd St. Ste 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert.tafoya@tafoyagarcia.com
david.garcia@tafoyagarcia.com

ERIC MECKLEY, State Bar No. 168181
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>　　　　　Defendant(s). | No. C-09-04812 SC |
| CARLOS ALVA, ET AL.<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>　　　　　Defendant(s). | No. C-12-4383 SC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF RENE RODRIGUEZ PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS WITH PREJUDICE
CASE NOS. C-09-04812 SC/C-12-4383 SC

TO THE HONORABLE COURT:

This stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff Rene Rodriguez and Defendant Lumber Liquidators, Inc. (collectively, "the Parties").

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties to this Stipulation, through their respective counsel of record, that:

1. Plaintiff Rene Rodriguez was one of several named Plaintiffs who filed a lawsuit on June 27, 2012, against Defendant Lumber Liquidators, Inc. alleging various wage and hour related claims.

2. The Parties hereby warrant that each person whose signature appears hereon has been duly authorized and has full authority to execute this Stipulation on behalf of each of the Parties hereto.

3. Plaintiff Rene Rodriguez's claims against Defendant Lumber Liquidators, Inc. shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

4. Plaintiff Rene Rodriguez shall be dismissed with prejudice as a party Plaintiff in the above-captioned case against Defendant Lumber Liquidators, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

5. The Parties shall bear their own respective costs and attorneys' fees related to and associated with the claims alleged by Plaintiff Rodriguez, the litigation of those claims, and the dismissal of those claims.

Dated: August 16 2013

TAFOYA & GARCIA LLP

By _____
David A. Garcia
Attorneys for Plaintiffs
RENE RODRIGUEZ, ET AL.

1  Dated: August 16, 2013                MORGAN, LEWIS & BOCKIUS LLP

3                                        By _____
4                                           Eric Meckley
                                            Jennifer Svanfeldt
5                                           Attorneys for Defendant
                                            LUMBER LIQUIDATORS INC.

                                **ORDER**

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

10
11  Dated:   08/20/2013              _____
                                     SAMUEL CONTI
                                     UNITED STATES DISTRICT JUDGE