UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ,<br><br>        Plaintiff(s),<br><br>   v.<br><br>LUMBER LIQUIDATORS,<br><br>        Defendant(s).<br>_____/ | No. C-09-04812 SC (DMR)<br>related case No. C-12-4383 SC (DMR)<br><br>**ORDER TO SHOW CAUSE** |

On June 18, 2014, Defendant Lumber Liquidators, Inc. ("Lumber Liquidators") filed a discovery letter brief in which it moves to compel further responses to its document requests, requests for admissions, and interrogatories from Plaintiffs Crelencio Chavez, Carlos Alva, Jason McMillan, Andrew Owens, and Joel Villasenor.  [Docket No. 38 (Discovery Letter).]  The letter did not comply with this court's Standing Order re Discovery, which provides that the parties shall file a joint letter no later than five business days after the parties' meet and confer session.  In its letter, Lumber Liquidators represents that a joint letter was not possible as Plaintiffs failed to provide their portion of the letter or any substantive response to its portion despite being given seven days notice.  (Discovery Letter 1.)  Plaintiffs have not filed a response to Lumber Liquidator's letter.

     Accordingly, <u>Plaintiffs Chavez, Alva, McMillan, Owens, and Villasenor are ordered to respond by **June 27, 2014** and show cause why Lumber Liquidator's motion to compel should not be granted in its entirety for their failure to comply with this court's Standing Order.</u>  This order to

show cause does not constitute permission to file a late opposition. If Plaintiffs do not respond by June 27, 2014, Lumber Liquidator's motion may be granted.

    IT IS SO ORDERED.

Dated: June 24, 2014



_____
DONNA M. RYU
United States Magistrate Judge

2