United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ,<br><br>  Plaintiff(s),<br><br>  v.<br><br>LUMBER LIQUIDATORS,<br><br>  Defendant(s).<br>_____/ | No. C-09-04812 SC (DMR)<br>related case No. C-12-4383 SC (DMR)<br><br>**ORDER TO MEET AND CONFER AND SUBMIT JOINT DISCOVERY LETTER** |

On June 18, 2014, Defendant Lumber Liquidators, Inc. ("Lumber Liquidators") filed a discovery letter brief in which it moved to compel further responses to discovery from Plaintiffs Chavez, Alva, McMillan, Owens, and Villasenor. [Docket No. 133.] Plaintiffs did not participate in the letter brief and did not file a response to Lumber Liquidator's letter. On June 24, 2014, the court issued an order to show cause why it should not grant Lumber Liquidators' motion to compel in its entirety. [Docket No. 134.] Plaintiffs timely filed a response to the order to show cause. [Docket No. 136.]

Having reviewed Plaintiffs' response, it appears that the parties have not adequately met and conferred regarding the issues raised in Lumber Liquidators' letter. Therefore, the court hereby orders the parties to meet and confer regarding their discovery disputes in accordance with the court's Standing Order. The parties' meet and confer session must be **in person or by telephone,** and may not be conducted by letter, e-mail, or fax. In the meet and confer session, the parties shall

thoroughly address all outstanding issues with Plaintiffs' responses to the discovery identified in Lumber Liquidators' letter. If disagreements remain, the parties shall file a **joint letter** no later than **July 14, 2014.** As required by the court's Standing Order, going issue-by-issue, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority, and provide each party's final proposed compromise before moving to the next issue. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: July 2, 2014



DONNA M. RYU
United States Magistrate Judge