UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ,<br><br>        Plaintiff(s),<br><br>    v.<br><br>LUMBER LIQUIDATORS,<br><br>        Defendant(s).<br>_____/ | No. C-09-04812 SC (DMR)<br>related case No. C-12-4383 SC (DMR)<br><br>**ORDER RE DISCOVERY LETTER**<br>**[DOCKET NO. 133]** |

On June 18, 2014, Defendant Lumber Liquidators, Inc. ("Lumber Liquidators") filed a discovery letter brief in which it moved to compel further responses to discovery from Plaintiffs Chavez, Alva, McMillan, Owens, and Villasenor. [Docket No. 133.] The court subsequently ordered the parties to meet and confer regarding their discovery disputes and to file a joint letter by July 14, 2014. [Docket No. 139.] On July 14, 2014, the parties filed a stipulation in which they set forth their agreements on the outstanding discovery and stated that they would file a status report regarding Plaintiffs' compliance by August 4, 2014. [Docket No. 140.] The court entered an order on the parties' stipulation on July 15, 2014. [Docket No. 141.]

The parties did not file a status report regarding the outstanding discovery. Therefore, Defendant's motion to compel is denied as moot.

IT IS SO ORDERED.

Dated: August 6, 2014

                                                    DONNA M. RYU<br>
                                                    United States Magistrate Judge