ROBERT TAFOYA, State Bar No. 194444
DAVID GARCIA, State Bar No. 218356
TAFOYA & GARCIA LLP
316 W. 2nd St. Ste 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert.tafoya@tafoyagarcia.com
david.garcia@tafoyagarcia.com

Attorneys for Plaintiffs

ERIC MECKLEY, State Bar No. 168181
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ,<br><br>                    Plaintiff(s),<br><br>         vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>                    Defendant(s). | No. C-09-04812 SC |
| CARLOS ALVA, ET AL.<br><br>                    Plaintiff(s),<br><br>         vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>                    Defendant(s). | No. C-12-4383 SC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFFS CRELENCIO CHAVEZ, CARLOS ALVA, ANDREW OWENS AND JASON MCMILLAN PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS WITH PREJUDICE
CASE NOS. C-09-04812 SC/C-12-4383 SC

This stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiffs Crelencio Chavez, Carlos Alva, Jason McMillan and Andrew Owens, and Defendant Lumber Liquidators, Inc. (collectively, "the Parties").

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties to this Stipulation, through their respective counsel of record, that:

1.  Plaintiff Crelencio Chavez was one of two named Plaintiffs who filed a lawsuit on September 3, 2009 against Defendant Lumber Liquidators (case number C-09-04812 SC), alleging various wage and hour related claims,

2.  Plaintiffs Carlos Alva, Jason McMillan and Andrew Owens were several of the named Plaintiffs who filed a lawsuit on June 27, 2012 against Defendant Lumber Liquidators (case number C-12-4383 SC), alleging various wage and hour related claims.

3.  Plaintiffs Chavez, Alva, McMillan and Owens and Defendant Lumber Liquidators have resolved their disputes. The Parties hereby warrant that each person whose signature appears hereon has been duly authorized and has full authority to execute this Stipulation on behalf of each of the Parties hereto.

4.  All claims asserted by Plaintiffs Chavez, Alva, McMillan and Owens against Defendant Lumber Liquidators shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

5.  Plaintiffs Chavez, Alva, McMillan and Owens shall be dismissed with prejudice as party plaintiffs in the above-captioned cases against Defendant Lumber Liquidators pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

6.  The Parties shall bear their own respective costs and attorneys' fees related to and associated with the claims alleged by Plaintiffs, the litigation of those claims, and the dismissal of those claims.

///

///

///

| | |
|---|---|
| Dated: August 26, 2014 | TAFOYA & GARCIA LLP |
| | |
| | By  */s/ David A. Garcia*  |
| | David A. Garcia |
| | Attorneys for Plaintiffs |
| | CRELENCIO CHAVEZ |
| | CARLOS ALVA |
| | ANDREW OWENS |
| | JASON MCMILLAN |
| | |
| Dated: September 2, 2014 | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | By  */s/ Jennifer Svanfeldt*  |
| | Eric Meckley |
| | Jennifer Svanfeldt |
| | Attorneys for Defendant |
| | LUMBER LIQUIDATORS INC. |

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

All claims asserted by Plaintiffs Chavez, Alva, McMillan and Owens are hereby dismissed with prejudice, and Chavez, Alva, McMillan and Owens are hereby dismissed with prejudice as party plaintiffs in the above-captioned cases against Defendant Lumber Liquidators, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:   09/03/2014

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION TO DISMISS WITH PREJUDICE
CASE NOS. C-09-04812 SC/C-12-4383 SC