TAFOYA & GARCIA LLP
DAVID A. GARCIA, Esq., SBN 218356
316 W. 2nd St., Suite 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert@tafoyagarcia.com
david@tafoyagarcia.com

Attorneys for Plaintiffs
JOSE ZALDIVAR and JOEL VILLASENOR

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, SBN 168181
JENNIFER SVANFELDT, SBN 233248
KATHERINE DICK, SBN 273688
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ and JOSE ZALDIVAR, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC. a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C-09-04812 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| CARLOS ALVA, ET AL.<br><br>Plaintiff(s),<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>Defendant(s). | Case No. C-12-4383 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Joel Villasenor and Plaintiff Jose Zaldivar[1] ("Plaintiffs") and Defendant Lumber Liquidators ("Defendant"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference currently scheduled for December 12, 2014, to Friday, January 9, 2015.

WHEREAS, in an Order dated September 19, 2014, the Court set a Case Management Conference on December 12, 2014 (Dkt. No. 148);

WHEREAS, per the Court's Order dated November 18, 2014, Plaintiff Zaldivar's motion for preliminary approval of the pending class action settlement in Case No. C-09-04812 SC is scheduled for hearing on January 9, 2015 (Dkt. No. 150);

WHEREAS, Defendant and Plaintiff Villasenor have reached an agreement to resolve their dispute and expect to file a stipulation to dismiss Villasenor's claims with prejudice by December 12, 2014. As a result, the only matter that will be remaining before the Court shall be the motion for preliminary approval in the Zaldivar action that is scheduled to be heard on January 9, 2015;

WHEREAS, continuing the December 12, 2014 case management conference to January 9, 2015 will serve the interests of judicial economy, preserve the Parties' time and resources, and not affect the schedule for the remaining case.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the case management conference on December 12, 2014 should be continued to January 9, 2015, which is a date on which the Parties are already scheduled to appear before the Court on the Zaldivar motion for preliminary approval hearing.

---

[1] Plaintiff Zaldivar is the only remaining plaintiff in Case No. C-09-04812 SC. Plaintiff Villasenor is the only remaining plaintiff in the related action, Case No. C-12-4383 SC. Crelencio Chavez, Carlos Alva, Jason McMillan, Andrew Owens and Rene Rodriguez have dismissed their claims with prejudice and are no longer parties to these related Actions.

1   Case Nos. C-09-04812 SC & C-12-4383 SC
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Dated: December 4, 2014                    TAFOYA & GARCIA LLP

3                                             By /s/ *David Garcia*
4                                                David A. Garcia
                                                 Attorneys for Plaintiffs
                                                 Joel Villasenor and Jose Zaldivar

6  Dated: December 4, 2014                    MORGAN, LEWIS & BOCKIUS LLP

8                                             By /s/ *Eric Meckley*
                                                 Eric Meckley
                                                 Jennifer Svanfeldt
                                                 Attorneys for Defendant
                                                 Lumber Liquidators, Inc.

### FILER'S ATTESTATION

I, Eric Meckley, am the ECF user whose identification and password are being used to file Defendant Lumber Liquidator's Inc. and Plaintiffs Joel Villasenor and Jose Zaldivar's Stipulation and [Proposed] Order To Continue Case Management Conference. In compliance with L.R. 5-1(i)(3), I hereby attest that David A. Garcia concurs in this filing.

Dated: December 4, 2014                      MORGAN, LEWIS & BOCKIUS LLP

                                             By  /s/ *Eric Meckley*
                                                 Eric Meckley
                                                 Attorneys for Defendant
                                                 Lumber Liquidators, Inc.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE APPEARING,**

**IT IS SO ORDERED.**

Dated: 12/08/2014

                                             _____
                                             The Honorable Samuel Conti
                                             United States District Court Judge

DB1/ 81474355.2