ROBERT TAFOYA, State Bar No. 194444
DAVID GARCIA Sate Bar No. 218356
TAFOYA & GARCIA LLP
316 W. 2nd St. Ste 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert.tafoya@tafoyagarcia.com
david.garcia@tafoyagarcia.com

Attorneys for Plaintiff Joel Villasenor

ERIC MECKLEY, State Bar No. 168181
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALVA, ET AL.<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC.<br><br>　　　　　　　　Defendant(s). | No. C-12-4383 SC<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. C-12-4383 SC

DB2/ 25533367.1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joel Villasenor, who is the sole remaining named plaintiff in this action, and Defendant Lumber Liquidators, Inc. (collectively, "the Parties") hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice in its entirety. This dismissal is effective "without a court order." Fed.R.Civ.P.41(a)(1)(A). The parties shall bear their own respective costs and attorneys' fees related to and associated with this action, the litigation of this action and the dismissal of this action.

Dated: January 5, 2015

TAFOYA & GARCIA LLP

By _____
David A. Garcia
Attorneys for Plaintiff Joel Villasenor

Dated: January 6, 2015

MORGAN, LEWIS & BOCKIUS LLP

By _____
Eric Meckley
Jennifer Svanfeldt
Attorneys for Defendant
LUMBER LIQUIDATORS INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 01/09/2015

_____
Samuel Conti
United States

*Judge Samuel Conti*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25533367.1

1

STIPULATION TO DISMISS WITH PREJUDICE
C-12-4383 SC